# EXHIBIT A

111

1                           **ERRATA SHEET**

2

3       **PAGE    LINE            CHANGE**

4        7 6      1        "reflects a blank indorsement... "

5       _____

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23      _____

24      _____

112

1
2
3
4                    C E R T I F I C A T I O N
5
6         I hereby certify that I have read the
7   foregoing transcript of my deposition testimony,
8   and that my answers to the questions propounded,
9   with the attached correction or changes, if any,
10  are true and correct.
11
12
13  7-27-18
14  DATE                        PATRICK PITTMAN
15
16
17
18
19
20
21
22
23
24



EXHIBIT
Pittman A
7-2-18  TmV

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. Bank National Association as Trustee Successor in Interest to Bank of America National Association as Successor by Merger To LaSalle Bank National Association as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates Series 2007-HE7, c/o 3415 Vision Drive, Columbus, Ohio 43219, | Civil Action No. 1:17-cv-01466-YK |

                              Plaintiff,

v.

Brian A. Gerber and Tracy L. Gerber,
Mortgagors and Record Owners, 19 West
Greenhouse Road, Dillsburg, PA 17019,

                              Defendants.

───────────────────────────────────────

Brian A. Gerber and Tracy L. Gerber,
Mortgagors and Record Owners, 19 West
Greenhouse Road, Dillsburg, PA 17019,

                              Counter-Plaintiffs,

v.

U.S. Bank National Association as Trustee
Successor in Interest to Bank of America
National Association as Successor by Merger
To LaSalle Bank National Association as
Trustee for Certificateholders of Bear Stearns
Asset Backed Securities I LLC Asset Backed
Certificates Series 2007-HE7, c/o 3415 Vision
Drive, Columbus, Ohio 43219,

                              Counter-Defendant.

───────────────────────────────────────

## DEFENDANTS'/COUNTERPLAINTIFFS' AMENDED NOTICE OF TAKING DEPOSITION OF F.R.C.P. 30(B)(6) REPRESENTATIVE OF PLAINTIFF
### (new date agreed upon by counsel)

TO:  Designated Representative of Plaintiff



c/o Adam Shienvold, Esq., Eckert Seamans Cherin & Mellott LLC
213 Market Street, 8th Floor
Harrisburg, Pennsylvania 17101

PLEASE TAKE NOTICE that the Defendants/Counter-Plaintiffs Brian A. Gerber and Tracy L. Gerber, through their counsel and pursuant to F.R.C.P. 30(b)(6), will take the deposition of the designated representative of the Plaintiff U.S. Bank National Association as Trustee  Successor in Interest to Bank of America National Association as Successor by Merger To LaSalle Bank National Association as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates Series 2007-HE7, c/o 3415 Vision Drive, Columbus, Ohio 43219, at the offices of Eckert Seamans Cherin & Mellott, LLC, 213 Market Street, 8th Floor, Harrisburg, Pennsylvania 17101 on Monday, July 2, 2018 beginning at 9:30 a.m. EST. The deposition will take place before a certified court reporter duly authorized to administer oaths, will be recorded and transcribed by stenographic means, and will continue from day to day until completed.

The deponent will be questioned as to all matters set forth in the Plaintiff's Complaint; the manner and means by which Plaintiff claims to have come into the right to seek enforcement of the Note and Mortgage; the formation and operation of the securitized mortgage loan Trust into which Plaintiff claims the Gerbers' mortgage was transferred; restrictions and limitations on the transfer of mortgage loans to the subject Trust; execution and authority to execute the Allonge; the alleged authority of MERS to have assigned the Mortgage; all payments made toward the obligation evidenced by the Note by any source and at any time; Plaintiff's compliance with paragraph 22 of the Mortgage; the Gerbers' rescission of the loan; and the unilateral modification of the mortgage loan contract as alleged in the Gerbers' Counterclaim.

Dated this 4th day of June, 2018.

2

Respectfully submitted,

By: _/s/_ _Stephen K. Portko, Esq._

Jeff Barnes, Esq. (admitted PHV)           Stephen K, Portko, Esq.
W. J. Barnes, P.A.                         Counsel for Gerber parties
Co-counsel for Gerber parties              101 South U.S. Route 15
1515 North Federal Highway, Suite 300      Dillsburg, Pennsylvania 17019
Boca Raton, Florida 33432                  Tel: (717) 432-2538
Tel: (561) 864-1067                        PA Bar Identification No. 34538
Fax: (561) 338-4840

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct courtesy copy of the foregoing has been served upon counsel for Plaintiff/Counter-Defendant on this 4th day of June, 2018.

By: _/s/_ _Stephen K. Portko, Esq._

Jeff Barnes, Esq. (admitted PHV)           Stephen K, Portko, Esq.
W. J. Barnes, P.A.                         Counsel for Gerber parties
Co-counsel for Gerber parties              101 South U.S. Route 15
1515 North Federal Highway, Suite 300      Dillsburg, Pennsylvania 17019
Boca Raton, Florida 33432                  Tel: (717) 432-2538
Tel: (561) 864-1067                        PA Bar Identification No. 34538
Fax: (561) 338-4840



Prepared By and Return To: Referral Department
GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center - Suite 5000
701 Market Street
Philadelphia, PA 19106-1532
215-825-6344



0019697978

GMM File Number: 102326FC

67-
Parcel ID#: 29-000-OB0033.Q0-00000

## ASSIGNMENT OF MORTGAGE

       **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** (Assignor), for and in consideration of the sum of   Ten Dollars ($10.00) and other good and valuable consideration, the receipt of which is acknowledged, does grant, bargain, sell, assign and transfer to **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7.** *E/TR*

       **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7** (Assignee), all of its right, title and interest, as holder of, in, and to the following described mortgage, the property described and the indebtedness secured by the mortgage:

Executed BRIAN A. GERBER and TRACY L. GERBER, Mortgagor(s); to HOMELOANADVISORS.COM. Bearing date of: July 09, 2007; Amount Secured: $247,500.00; Recorded on August 01, 2007; in Book 1911 Page 3997; in the Recorder of Deeds Office of York County, Commonwealth of Pennsylvania ("Mortgage")

Property: 19 West Greenhouse Road, Dillsburg, PA 17019

AS FURTHER DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED INTO THIS ASSIGNMENT.

Together with the note or obligation described in the Mortgage endorsed to the Assignee,("Note") and all moneys due and to become due on the Note and Mortgage, with interest.  Assignee its successors, legal representatives and assigns shall hold all rights under the Note and Mortgage forever, subject however, to the right and equity of redemption, if any, of the maker(s) of the Mortgage, their heirs and assigns forever.

Assignor, by its appropriate corporate officers, has executed and sealed with its corporate seal this Assignment of Mortgage on this 3rd day of September , 2010.

Book 2096 Page 5331



SPS-000441

SCHEDULE "A"

PROPERTY DESCRIPTION

Legal description of the land:

ALL THAT CERTAIN TRACT OF LAND SITUATE IN FRANKLIN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, BEING MORE FULLY BOUNDED AND LIMITED AS FOLLOWS, TO WIT:

BEGINNING AT A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE ROAD; THENCE ALONG LANDS OF JAMES H. WESTBROOK SOUTH THIRTY NINE ( 39 ) DEGREES FIFTEEN ( 15 ) MINUTES TEN ( 10 ) SECONDS WEST TWO HUNDRED EIGHTY ONE AND FOURTEEN HUNDREDTHS ( 281.14 ) FEET TO A SURVEYOR'S MARKER AT LANDS OF JAMES H. WESTBROOK; THENCE ALONG LOT NO. 1-B NORTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 ) MINUTES THIRTY FIVE ( 35 ) SECONDS WEST TWO HUNDRED SIX AND THREE HUNDREDTHS ( 206.03 ) FEET TO A CONCRETE MONUMENT ALONG A PROPOSED DRIVEWAY; THENCE ALONG THE PROPOSED DRIVEWAY NORTH THIRTY EIGHT ( 38 ) DEGREE ELEVEN ( 11 ) MINUTES TEN ( 10 ) SECONDS EAST TWO HUNDRED EIGHTY ONE AND SIXTEEN HUNDREDTHS ( 281.16 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE ROAD; THENCE IN AND ALONG SAID CENTERLINE SOUTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 ) MINUTES THIRTY FIVE ( 35 ) SECONDS EAST TWO HUNDRED ELEVEN AND TWENTY SEVEN HUNDREDTHS ( 211.27 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 AND THE PLACE OF BEGINNING.

THE GRANTORS HEREIN RESERVE UNTO THEMSELVES THEIR HEIRS AND ASSIGNS AN EASEMENT ALONG THE EASTERN SIDE OF THE ABOVE DESCRIBED PREMISES A WIDTH OF THIRTY ( 30 ) FEET FOR ACCESS TO LOT 1-B AS SHOWN ON THE MINOR SUBDIVISION FOR RICHARD E. GREENFIELD AS PREPARED BY RODNEY LEE DECKER, REGISTERED SURVEYOR.

CONTAINING 1.347 ACRES TO THE CENTERLINE OF SAID ROADWAY AND 1.226 ACRES TO THE DEDICATED RIGHT OF WAY LINE.

BEING LOT NO. 1-A OF A MINOR SUBDIVISION PLAN FOR RICHARD E. GREENFIELD PREPARED BY RODNEY LEE DECKER, REEGISTERED SURVEYOR DATED NOVEMBER 17, 1997 AND REVISED DECEMBER 23, 1997, JANUARY 19, 1998 AND JULY 8, 1998. SAID PLOT PLAN WAS RECORDED AUGUST 14, 1998 IN THE RECORDER OF DEEDS OFFICE IN AND FOR YORK COUNTY, PENNSYLVANIA IN PLAN BOOK PP PAGE 623.

PROPERTY ADDRESS:  19 WEST GREENHOUSE ROAD,  DILLSBURG, PA 17019

TAX PARCEL ID:  6729000OB0033Q000000

BEING THE SAME PROPERTY WHICH RICHARD E. GREENFIELD AND LYNNE M. GREENFIELD, HUSBAND AND WIFE GRANTED AND CONVEYED UNTO TRACY L. GERBER AND BRIAN A. GERBER, WIFE AND HUSBAND, BY DEED DATED SEPTEMBER 18, 1998 AND RECORDED OCTOBER 1, 1998 IN THE RECORDER'S OFFICE OF YORK COUNTY, PA IN BOOK 1338 PAGE 8973.

# EXHIBIT C



74876



YORK COUNTY
ASSESSMENT OFFICE
0747140

This Instrument Prepared By:

After Recording Return To:
HOMELOANADVISORS.COM
600 ANTON BLVD. SUITE 1700
COSTA MESA, CALIFORNIA 92626

PIN/ID Number:  67290000B0033Q000000

Property Address:    19 WEST GREENHOUSE ROAD, DILLSBURG, PENNSYLVANIA

Recording Requested By:
LSI  3860943

Loan Number: 3915701/ 410995

MIN: 100022100196979785

## CORPORATION ASSIGNMENT OF MORTGAGE

5P
4N

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS") INC. ISAOA, 1595 SPRING HILL ROAD SUITE 310, VIENNA, VA 22182                                   ("Assignee"),
all of its right, title and interest in and to the property covered by that certain Mortgage dated    JULY 9 2007, #2007057077, Rec 8-1-07, recorded in Book 1911 , Volume            , and Page 3497, executed by    TRACY L. GERBER AND BRIAN A. GERBER, WIFE AND HUSBAND

, as mortgagor,

to  HOMELOANADVISORS.COM, A CALIFORNIA CORPORATION              , as mortgagee,
and recorded as in the Official Records in the County Recorder's office of

YORK County, Pennsylvania,

describing the land herein as:    SEE ATTACHED SCHEDULE A
A.P.N.:  67290000B0033Q000000
PROPERTY ADDRESS: 19 WEST GREENHOUSE RAOD, DILLSBURG, PENNSYLVANIA
17019

("Property").

DocMagic *Forms* 800-649-1362
www.docmagic.com

Book 1925 Page 6690

Pacorp.com

This Property is located in the municipality of  DILLSBURG                          , Ward No.
(if located in the City of Pittsburgh), County of  YORK                          , State of Pennsylvania.

TOGETHER with the note or notes therein described or referred to, including, but not limited to that certain note
of even date therewith in the original principal amount of $  247,500.00                          , the money due
and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

HOMELOANADVISORS.COM, A CALIFORNIA CORPORATION

By: _____

    JEFFREY A. PITTMAN, PRESIDENT

                              (Corporate Seal)

Attested:
By: _____

    LINDA PHAM

_____

DATE July 23 2007
STATE OF California
COUNTY OF Orange
On, July 23, 2007        before me, Alysha Eryn Reed
Notary Public, personally appeared  Jeffery A Pittman

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s), acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

ALYSHA ERYN REED
COMM. # 1733505
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires March 23, 2011

                              (Seal)

**Certificate of Residence of Assignee**

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly authorized attorney or agent of the Assignee named in the within instrument; and (ii) Assignee's precise residence is:  P.O. BOX 660530, DALLAS, TEXAS 75266-0530

Witness my hand this          day of

_____

Signature of Mortgagee or Mortgagee's  Duly Authorized Attorney or Agent


_____

Type or Print Name of Mortgagee or Mortgagee's Duly Authorized Attorney or Agent

DocMagic EFerms 800-649-1362
www.docmagic.com

Pacorp.scrc

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

Commitment Number: 2007050737

SCHEDULE A

1.  Commitment Date: June 20, 2007

2.  Policy (or Policies) to be issued:                                                          Amount

    (a) Owner's Policy          ( ALTA Own. Policy (10/17/92)          )
        Proposed Insured:

    (b) Loan Policy             ( ALTA Loan Policy (10/17/92)          )                  $ 247,500.00
        Proposed Insured:
        HOMELOANADVISORS.COM, its successors and/or assigns,as their
        respective interests may appear.

    (c)                         (                                     )
        Proposed Insured:

3.  Fee Simple Interest in the land described in this Commitment is owned, at the Commitment Date, by:
    TRACY L. GERBER AND BRIAN A. GERBER, WIFE AND HUSBAND by deed
    dated SEPTEMBER 18, 1998 and recorded OCTOBER 1, 1998 in the Recorder's
    Office of YORK County, Pennsylvania in BOOK 1338 PAGE 8973.

4.  The land referred to in this Commitment is described as follows:

    ALL THAT CERTAIN TRACT OF LAND SITUATE IN FRANKLIN TOWNSHIP, YORK COUNTY,
    PENNSYLVANIA, BEING MORE FULLY BOUNDED AND LIMITED AS FOLLOWS, TO WIT:

    BEGINNING AT A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS
    GREENHOUSE ROAD; THENCE ALONG LANDS OF JAMES H. WESTBROOK SOUTH THIRTY NINE (
    39 ) DEGREES FIFTEEN ( 15 ) MINUTES TEN ( 10 ) SECONDS WEST TWO HUNDRED EIGHTY ONE
    AND FOURTEEN HUNDREDTHS ( 281.14 ) FEET TO A SURVEYOR'S MARKER AT LANDS OF JAMES
    H. WESTBROOK; THENCE ALONG LOT NO. 1-B NORTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 )
    MINUTES THIRTY FIVE ( 35 ) SECONDS WEST TWO HUNDRED SIX AND THREE HUNDREDTHS (
    206.03 ) FEET TO A CONCRETE MONUMENT ALONG A PROPOSED DRIVEWAY; THENCE ALONG
    THE PROPOSED DRIVEWAY NORTH THIRTY EIGHT ( 38 ) DEGREE ELEVEN ( 11 ) MINUTES TEN (
    10 ) SECONDS EAST TWO HUNDRED EIGHTY ONE AND SIXTEEN HUNDREDTHS ( 281.16 ) FEET
    TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE
    ROAD; THENCE IN AND ALONG SAID CENTERLINE SOUTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07
    ) MINUTES THIRTY FIVE ( 35 ) SECONDS EAST TWO HUNDRED ELEVEN AND TWENTY SEVEN
    HUNDREDTHS ( 211.27 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 AND
    THE PLACE OF BEGINNING.

    THE GRANTORS HEREIN RESERVE UNTO THEMSELVES THEIR HEIRS AND ASSIGNS AN
    EASEMENT ALONG THE EASTERN SIDE OF THE ABOVE DESCRIBED PREMISES A WIDTH OF
    THIRTY ( 30 ) FEET FOR ACCESS TO LOT 1-B AS SHOWN ON THE MINOR SUBDIVISION FOR
    RICHARD E. GREENFIELD AS PREPARED BY RODNEY LEE DECKER, REGISTERED SURVEYOR.

    CONTAINING 1.347 ACRES TO THE CENTERLINE OF SAID ROADWAY AND 1.226 ACRES TO THE

DEDICATED RIGHT OF WAY LINE.

BEING LOT NO. 1-A OF A MINOR SUBDIVISION PLAN FOR RICHARD E. GREENFIELD PREPARED
BY RODNEY LEE DECKER, REEGISTERED SURVEYOR DATED NOVEMBER 17, 1997 AND REVISED
DECEMBER 23, 1997, JANUARY 19, 1998 AND JULY 8, 1998. SAID PLOT PLAN WAS RECORDED
AUGUST 14, 1998 IN THE RECORDER OF DEEDS OFFICE IN AND FOR YORK COUNTY,
PENNSYLVANIA IN PLAN BOOK PP PAGE 623.

PROPERTY ADDRESS: 19 WEST GREENHOUSE ROAD, DILLSBURG, PA 17019

TAX PARCEL ID: 29000800330000000

BEING THE SAME PROPERTY WHICH RICHARD E. GREENFIELD AND LYNNE M. GREENFIELD,
HUSBAND AND WIFE GRANTED AND CONVEYED UNTO TRACY L. GERBER AND BRIAN A.
GERBER, WIFE AND HUSBAND, BY DEED DATED SEPTEMBER 18, 1998 AND RECORDED
OCTOBER 1, 1998 IN THE RECORDER'S OFFICE OF YORK COUNTY, PA IN BOOK 1338 PAGE 8973.

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

By: _____

Authorized Officer or Agent
EXCLUSIVE SETTLEMENT SERVICES, INC.

EXCLUSIVE SETTLEMENT SERVICES, INC. ~ 1000 CLIFF MINE ROAD SUITE 250 ~ PITTSBURGH, PA 15275



**YORK COUNTY RECORDER OF DEEDS**
**28 EAST MARKET STREET**
**YORK, PA 17401**

*Randi L. Reisinger - Recorder*
*Gloria A. Fleming - Deputy*

Instrument Number - 2007074876                           Book - 1925   Starting Page - 6690
Recorded On 10/4/2007 At 3:01:51 PM                      * Total Pages - 6
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 727606
* Grantor - GERBER, TRACY L
* Grantee - MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
User - PAM                                               * Received By: MAIL
* Customer - LSI NORTH RECORDING DIVISION

* FEES                                      PARCEL IDENTIFICATION NUMBER
STATE WRIT TAX            $0.50             29000OB0033Q000000
JCS/ACCESS TO JUSTICE    $10.00             Total Parcels: 1
RECORDING FEES           $15.00
PIN NUMBER FEES           $2.00
COUNTY ARCHIVES FEE       $2.00
ROD ARCHIVES FEE          $3.00
TOTAL PAID               $32.50

I Certify This Document To Be
Recorded In York County, Pa.



Recorder of Deeds

*THIS IS A CERTIFICATION PAGE*

## PLEASE DO NOT DETACH
*THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT*

* – Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **1925** Page: **6695**

# EXHIBIT D



Prepared By and Return To: Referral Department
GOLDBECK McCAFFERTY & McKEEVER
Mellon Independence Center - Suite 5000
701 Market Street
Philadelphia, PA 19106-1532
215-825-6344



0019697978

GMM File Number: 102326FC

Parcel ID#: 29-000-OB0033.Q0-00000

## ASSIGNMENT OF MORTGAGE

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.   (Assignor),
for and in consideration of the sum of  Ten Dollars ($10.00) and other good and valuable consideration,
the receipt of which is acknowledged, does grant, bargain, sell, assign and transfer to BANK OF
AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR
STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES
2007-HE7.

   BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY
MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC,
ASSET-BACKED CERTIFICATES, SERIES 2007-HE7     (Assignee),
all of its right, title and interest, as holder of, in, and to the following described mortgage, the property
described and the indebtedness secured by the mortgage:

Executed BRIAN A. GERBER and TRACY L. GERBER, Mortgagor(s); to
HOMELOANADVISORS.COM. Bearing date of: July 09, 2007; Amount Secured: $247,500.00;
Recorded on August 01, 2007; in Book 1911 Page 3997; in the Recorder of Deeds Office of York
County, Commonwealth of Pennsylvania ("Mortgage")

Property: 19 West Greenhouse Road, Dillsburg, PA 17019

AS FURTHER DESCRIBED IN EXHIBIT "A", ATTACHED AND INCORPORATED INTO THIS
ASSIGNMENT.

Together with the note or obligation described in the Mortgage endorsed to the Assignee,("Note") and all
moneys due and to become due on the Note and Mortgage, with interest.  Assignee its successors, legal
representatives and assigns shall hold all rights under the Note and Mortgage forever, subject however, to
the right and equity of redemption, if any, of the maker(s) of the Mortgage, their heirs and assigns forever.

Assignor, by its appropriate corporate officers, has executed and sealed with its corporate seal this
Assignment of Mortgage on this         day of                  , 2010.

Book 2096 Page 5331

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

(Affix Corporate Seal)

Name: Tonia Y. McFadden-Williams     (SEAL)
Title: Vice President

Name: Tamara S. Reitz     (SEAL)
Title: Vice President

ss:
STATE OF _____ Ohio _____ ) COUNTY OF _____ Franklin _____ )

BE IT REMEMBERED, that on this ____ day of September , 2010, before me, the subscriber, a
Notary Public personally appeared

| Tonia Y. McFadden-Williams | Vice President |
|---|---|
| Tamara S. Reitz | Vice President |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |

officers of Assignor, who I am satisfied are the persons who signed the within instrument and they
acknowledged that they signed, sealed with the corporate seal and delivered the same as such officers
aforesaid, and that the within instrument is the voluntary act and deed of such corporation made by virtue
of a Resolution of its Board of Directors.

Notary Public
My commission expires:

I hereby certify the address of the Assignee is:
PO Box 293150, Lewisville, TX 75029

RICHARD H. EUBANKS
Notary Public, State of Ohio.
My Comm. Expires May 12, 2015

0019697978

Case #: 102326FC

SCHEDULE "A"

PROPERTY DESCRIPTION

Legal description of the land:

ALL THAT CERTAIN TRACT OF LAND SITUATE IN FRANKLIN TOWNSHIP, YORK COUNTY,
PENNSYLVANIA, BEING MORE FULLY BOUNDED AND LIMITED AS FOLLOWS, TO WIT:

BEGINNING AT A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS
GREENHOUSE ROAD; THENCE ALONG LANDS OF JAMES H. WESTBROOK SOUTH THIRTY
NINE ( 39 ) DEGREES FIFTEEN ( 15 ) MINUTES TEN ( 10 ) SECONDS WEST TWO HUNDRED
EIGHTY ONE AND FOURTEEN HUNDREDTHS ( 281.14 ) FEET TO A SURVEYOR'S MARKER
AT LANDS OF JAMES H. WESTBROOK; THENCE ALONG LOT NO. 1-B NORTH FIFTY ONE ( 51
) DEGREES SEVEN ( 07 ) MINUTES THIRTY FIVE ( 35 ) SECONDS WEST TWO HUNDRED SIX
AND THREE HUNDREDTHS ( 206.03 ) FEET TO A CONCRETE MONUMENT ALONG A
PROPOSED DRIVEWAY; THENCE ALONG THE PROPOSED DRIVEWAY NORTH THIRTY
EIGHT ( 38 ) DEGREE ELEVEN ( 11 ) MINUTES TEN ( 10 ) SECONDS EAST TWO HUNDRED
EIGHTY ONE AND SIXTEEN HUNDREDTHS ( 281.16 ) FEET TO A POINT IN THE CENTERLINE
OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE ROAD; THENCE IN AND
ALONG SAID CENTERLINE SOUTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 ) MINUTES
THIRTY FIVE ( 35 ) SECONDS EAST TWO HUNDRED ELEVEN AND TWENTY SEVEN
HUNDREDTHS ( 211.27 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881
AND THE PLACE OF BEGINNING.

THE GRANTORS HEREIN RESERVE UNTO THEMSELVES THEIR HEIRS AND ASSIGNS AN
EASEMENT ALONG THE EASTERN SIDE OF THE ABOVE DESCRIBED PREMISES A WIDTH
OF THIRTY ( 30 ) FEET FOR ACCESS TO LOT 1-B AS SHOWN ON THE MINOR SUBDIVISION
FOR RICHARD E. GREENFIELD AS PREPARED BY RODNEY LEE DECKER, REGISTERED
SURVEYOR.

CONTAINING 1.347 ACRES TO THE CENTERLINE OF SAID ROADWAY AND 1.226 ACRES TO
THE DEDICATED RIGHT OF WAY LINE.

BEING LOT NO. 1-A OF A MINOR SUBDIVISION PLAN FOR RICHARD E. GREENFIELD
PREPARED BY RODNEY LEE DECKER, REEGISTERED SURVEYOR DATED NOVEMBER 17,
1997 AND REVISED DECEMBER 23, 1997, JANUARY 19, 1998 AND JULY 8, 1998. SAID PLOT
PLAN WAS RECORDED AUGUST 14, 1998 IN THE RECORDER OF DEEDS OFFICE IN AND
FOR YORK COUNTY, PENNSYLVANIA IN PLAN BOOK PP PAGE 623.

PROPERTY ADDRESS: 19 WEST GREENHOUSE ROAD, DILLSBURG, PA 17019

TAX PARCEL ID: S729000OB0033Q000000

BEING THE SAME PROPERTY WHICH RICHARD E. GREENFIELD AND LYNNE M. GREENFIELD,
HUSBAND AND WIFE GRANTED AND CONVEYED UNTO TRACY L. GERBER AND BRIAN A.
GERBER, WIFE AND HUSBAND, BY DEED DATED SEPTEMBER 18, 1998 AND RECORDED
OCTOBER 1, 1998 IN THE RECORDER'S OFFICE OF YORK COUNTY, PA IN BOOK 1338 PAGE 8973.

**YORK COUNTY RECORDER OF DEEDS**
**28 EAST MARKET STREET**
**YORK, PA 17401**

*Randi L. Reisinger - Recorder*
*Gloria A. Fleming - Deputy*

Instrument Number - 2010049848                    Book - 2096   Starting Page - 5331
Recorded On 10/14/2010 At 10:15:01 AM            * Total Pages - 4
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 906957
* Grantor - GERBER, BRIAN A
* Grantee - BANK OF AMERICA NATIONAL ASSOCIATION
* User - DS                                       * Received By:  MAIL
* Customer - GOLDBECK MCCAFFERTY MCKEEVER

* FEES                                            PARCEL IDENTIFICATION NUMBER
   STATE WRIT TAX          $0.50          29000OB0033Q000000
   JCS/ACCESS TO JUSTICE    $23.50         Total Parcels: 1
   RECORDING FEES           $14.00
   PIN NUMBER FEES          $10.00
   COUNTY ARCHIVES FEE      $2.00
   ROD ARCHIVES FEE         $3.00
   TOTAL PAID               $53.00

I Certify This Document To Be
Recorded In York County, Pa.



Recorder of Deeds

*THIS IS A CERTIFICATION PAGE*
# *PLEASE DO NOT DETACH*
*THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT*

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2096** Page: **5334**

# EXHIBIT E



Inst. # 2016050400 - Page 1 of 3

CERTIFIED PROPERTY IDENTIFICATION NUMBERS
290000B0033Q000000      FRANKLIN TP
YCGIS REGISTRY 11/10/2016 BY WL

Prepared by & Return to:
April Morgan Hincy, Esquire
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Parcel No. 67290000B0033Q000000

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, the undersigned, BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7 does hereby grant, sell, convey, assign and deliver unto the U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7, its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s): BRIAN A. GERBER AND TRACY L. GERBER
Secured by the real property located at: 19 WEST GREENHOUSE ROAD, DILLSBURG, PA 17019
Original Principal Amount of Mortgage: $247,500.00 · Mortgage Dated: JULY 9, 2007
County Recorded in: YORK  Municipality: ~~DILLSBURG~~  FRANKLIN TOWNSHIP

The recording information is as follows: Mortgage Recording Date: AUGUST 1, 2007
Record Book 1911 Page 3997

IN WITNESS WHEREOF, the undersigned, has caused this Assignment of Mortgage to be executed by its duly authorized officer.

BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7, by its servicer and attorney-in-fact, SELECT PORTFOLIO SERVICING, INC.

By: _____                         Dated: OCT 2 0 2016

Title: Bill Koch, Document Control Officer

STATE OF UTAH          :
COUNTY OF SALT LAKE    :

On this, the 20 day of October 2016, before me, the undersigned officer, personally appeared Bill Koch _____, an authorized officer of Bank of America, National Association as successor by merger to Lasalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed certificates, Series 2007-HE7, by its servicer and attorney-in-fact, Select Portfolio Servicing, Inc., known to me (or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he/she, being authorized to do so, executed the foregoing instrument for the purposes therein contained).

In witness whereof, I have hereunto set my hand and official seal.

_Susan L Johnson_
Notary Public

SUSAN L. JOHNSON
Notary Public State of Utah
My Commission Expires on:
September 1, 2020
Comm. Number: 690474

## CERTIFICATE OF RESIDENCE OF ASSIGNEE

The below officer certifies that the principal business and mailing address for this assignment and assignee is:

Bank of America, National Association as successor by merger to Lasalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed certificates, Series 2007-HE7 c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

## SCHEDULE "A"

## PROPERTY DESCRIPTION

Legal description of the land:

ALL THAT CERTAIN TRACT OF LAND SITUATE IN FRANKLIN TOWNSHIP, YORK COUNTY, PENNSYLVANIA, BEING MORE FULLY BOUNDED AND LIMITED AS FOLLOWS, TO WIT:

BEGINNING AT A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE ROAD; THENCE ALONG LANDS OF JAMES H. WESTBROOK SOUTH THIRTY NINE ( 39 ) DEGREES FIFTEEN ( 15 ) MINUTES TEN ( 10 ) SECONDS WEST TWO HUNDRED EIGHTY ONE AND FOURTEEN HUNDREDTHS ( 281.14 ) FEET TO A SURVEYOR'S MARKER AT LANDS OF JAMES H. WESTBROOK; THENCE ALONG LOT NO. 1-B NORTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 ) MINUTES THIRTY FIVE ( 35 ) SECONDS WEST TWO HUNDRED SIX AND THREE HUNDREDTHS ( 206.03 ) FEET TO A CONCRETE MONUMENT ALONG A PROPOSED DRIVEWAY; THENCE ALONG THE PROPOSED DRIVEWAY NORTH THIRTY EIGHT ( 38 ) DEGREES ELEVEN ( 11 ) MINUTES TEN ( 10 ) SECONDS EAST TWO HUNDRED EIGHTY ONE AND SIXTEEN HUNDREDTHS ( 281.16 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 ALSO KNOWN AS GREENHOUSE ROAD; THENCE IN AND ALONG SAID CENTERLINE SOUTH FIFTY ONE ( 51 ) DEGREES SEVEN ( 07 ) MINUTES THIRTY FIVE ( 35 ) SECONDS EAST TWO HUNDRED ELEVEN AND TWENTY SEVEN HUNDREDTHS ( 211.27 ) FEET TO A POINT IN THE CENTERLINE OF TOWNSHIP ROAD T-881 AND THE PLACE OF BEGINNING.

THE GRANTORS HEREIN RESERVE UNTO THEMSELVES THEIR HEIRS AND ASSIGNS AN EASEMENT ALONG THE EASTERN SIDE OF THE ABOVE DESCRIBED PREMISES A WIDTH OF THIRTY ( 30 ) FEET FOR ACCESS TO LOT 1-B AS SHOWN ON THE MINOR SUBDIVISION FOR RICHARD E. GREENFIELD AS PREPARED BY RODNEY LEE DECKER, REGISTERED SURVEYOR.

CONTAINING 1.347 ACRES TO THE CENTERLINE OF SAID ROADWAY AND 1.226 ACRES TO THE DEDICATED RIGHT OF WAY LINE.

BEING LOT NO. 1-A OF A MINOR SUBDIVISION PLAN FOR RICHARD E. GREENFIELD PREPARED BY RODNEY LEE DECKER, REGISTERED SURVEYOR DATED NOVEMBER 17, 1997 AND REVISED DECEMBER 23, 1997, JANUARY 19, 1998 AND JULY 8, 1998. SAID PLOT PLAN WAS RECORDED AUGUST 14, 1998 IN THE RECORDER OF DEEDS OFFICE IN AND FOR YORK COUNTY, PENNSYLVANIA IN PLAN BOOK RR PAGE 623.

PROPERTY ADDRESS:  19 WEST GREENHOUSE ROAD, DILLSBURG, PA 17019

TAX PARCEL ID: 672900080033Q000000

BEING THE SAME PROPERTY WHICH RICHARD E. GREENFIELD AND LYNNE M. GREENFIELD, HUSBAND AND WIFE GRANTED AND CONVEYED UNTO TRACY L. GERBER AND BRIAN A. GERBER, WIFE AND HUSBAND, BY DEED DATED SEPTEMBER 18, 1998 AND RECORDED OCTOBER 1, 1998 IN THE RECORDER'S OFFICE OF YORK COUNTY, PA IN BOOK 1338 PAGE 8973.

Inst. # 2016050400 – Page 3 of 3



*YORK COUNTY RECORDER OF DEEDS*
*28 EAST MARKET STREET*
*YORK, PA 17401*

*Randi L. Reisinger - Recorder*
*Bradley G. Daugherty - Deputy*

Instrument Number - 2016050400               Book - 2395   Starting Page - 4941
Recorded On 11/14/2016 At 9:18:47 AM         * Total Pages - 3
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 1208872
* Grantor - GERBER, TRACY L
* Grantee - U S BANK NATIONAL ASSOCIATION-TR
User - DMH                                    * Received By:
* Customer - SIMPLIFILE LC E-RECORDING

* FEES                                        PARCEL IDENTIFICATION NUMBER
STATE WRIT TAX            $0.50               29000OB0033Q000000
JCS/ACCESS TO JUSTICE    $35.50               Total Parcels: 1
RECORDING FEES           $15.50
PIN NUMBER FEES          $10.00
COUNTY ARCHIVES FEE       $2.00
ROD ARCHIVES FEE          $3.00
TOTAL PAID               $66.50

I Certify This Document To Be
Recorded In York County, Pa.



Recorder of Deeds

*THIS IS A CERTIFICATION PAGE*
## *PLEASE DO NOT DETACH*
*THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT*

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Book: **2395**  Page: **4943**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE7, | : : : : : : : : : : | Civil Action – Law<br><br>No.: 1:17-CV-01466-CCC |
| Plaintiff | : : | Action of Mortgage Foreclosure |
| v. | : : | |
| Brian A. Gerber and Tracy L. Gerber, | : : | |
| Defendants. | : | |

---

### PLAINTIFF'S OBJECTIONS AND DESIGNATIONS TO DEFENDANTS' AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6)

---

Plaintiff, U.S. Bank National Association, as Trustee, Successor in Interest

to Bank of America, National Association as Trustee as Successor by Merger to

LaSalle Bank National Association, as Trustee for Certificateholders of Bear

Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-

HE7, objects to Defendants' Notice of Deposition, and designates a witness, as

follows:



EXHIBIT
Pittman   F
1-2-18   TnV

## GENERAL OBJECTIONS

1.      Pursuant to Fed. R. Civ. P. 32(d), Plaintiff objects to the Amended Notice of Deposition dated June 11, 2018.

2.      Plaintiff objects to any and all matters listed in the Notice of Deposition to the extent they seek information subject to attorney-client privilege, protect under the work product doctrine, protected under any other applicable privilege, an/or that is not subject to disclosure.

3.      Plaintiff objects to the Notice of Deposition to the extent it seeks to impose on Plaintiff any obligations or responsibilities other than those mandated by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Pennsylvania.

4.      Plaintiff objects to any and all deposition matters that are overly broad, unduly burdensome, and that seek information that is neither relevant to this action nor reasonably calculated to lead to the discovery of relevant information.

5.      In addition to these General Objections, Plaintiff asserts specific objections as set forth below.  By stating these specific objections, Defendants do not waive any of the General Objections that may also be applicable to specific topics.

## SPECIFIC RESPONSES AND OBJECTIONS

1.    All matters set forth in Plaintiff's Complaint.

**RESPONSE:**

Plaintiff will designate a representative to testify to the matters set forth in the Complaint.

2.    The manner and means by which Plaintiff claims to have come into the right to seek enforcement of the Note and Mortgage.

**RESPONSE:**

Plaintiff objects to this topic and any questions arising under this topic because it is vague and ambiguous, and seeks information that is neither relevant to the Complaint in foreclosure nor proportional to the needs of the case.  Plaintiff further objects to this topic and any questions arising under this topic to the extent they seek information subject to attorney-client privilege, protected under the work product doctrine, protected under any other applicable privilege, and/or that is not subject to disclosure.

Subject to and without waiving the foregoing general and specific objections, Plaintiff will designate a representative to testify to its possession of the original Note and endorsements, and to its status as mortgagee.

3.     The formation and operation of the securitized mortgage loan Trust into which Plaintiff claims the Gerbers' mortgage was transferred.

**RESPONSE:**

Plaintiff objects to this topic and any questions arising under this topic

because it is overly broad, unduly burdensome, vague, ambiguous, and seeks

information that is neither relevant to the Complaint in foreclosure nor reasonably

proportional to the needs of the case.  By way of further objection, Plaintiff is the

Trustee, not the sponsor of the Trust.  Subject to and without waiving the foregoing

general and specific objections, Plaintiff will designate a representative to testify to

the manner in which the Trust holds and services the Gerbers' mortgage loan.


4.     Restrictions and limitations on the transfer of mortgage loans to the subject Trust.

**RESPONSE:**

Plaintiff objects to this topic and any questions arising under this topic

because it is overly broad, unduly burdensome, vague, ambiguous, and seeks

information that is neither relevant to the Complaint in foreclosure nor reasonably

proportional to the needs of the case.

5.      Execution and authority to execute the Allonge.

**RESPONSE:**

Plaintiff is not the entity that executed the Allonge and has no ability to

testify regarding the execution of or authority to execute the Allonge.

6.      The alleged authority of MERS to have assigned the Mortgage.

**RESPONSE:**

Plaintiff is not MERS and has no ability to testify regarding the activities of

MERS.

7.      All payments made toward the obligation evidenced by the Note by any
source and at any time.

**RESPONSE:**

Plaintiff will designate a representative to testify as to this topic.

8.      Plaintiff's compliance with paragraph 22 of the Mortgage.

**RESPONSE:**

Plaintiff will designate a representative to testify as to this topic.

9.      The Gerbers' rescission of the loan.

**RESPONSE:**

Plaintiff objects to this topic because it is vague, ambiguous, presumes the existence of a fact that is disputed, and presumes a legal conclusion. Subject to and without waiving the foregoing general and specific objections, Plaintiff will designate a representative to testify regarding the Gerbers' demand to rescind the loan and the determination by the Plaintiff's servicer that the demand was improper.

10.   The unilateral modification of the mortgage loan contract as alleged in Gerbers' Counterclaim.

**RESPONSE:**

Plaintiff objects to this topic and any questions arising under this topic because it is overly broad, unduly burdensome, vague, ambiguous, and seeks information that is neither relevant to the Complaint in foreclosure nor reasonably proportional to the needs of the case.   Plaintiff further objects to this topic because it presumes the existence of a fact that is disputed, and presumes a legal conclusion.   Subject to and without waiving the foregoing general and specific objections, Plaintiff will designate a representative who can testify that there has been no modification of the Note or Mortgage beyond endorsement and assignment.

As to objections,

Date:  June 28, 2018          /s/ Adam M. Shienvold
                              ———————————————————————
                              Adam M. Shienvold, Esquire  (PA 81941)
                              ECKERT SEAMANS CHERIN & MELLOTT, LLC
                              213 Market Street, 8th Floor
                              Harrisburg, PA  17101
                              Telephone:  717.237.6029
                              Facsimile:  717.237.6019
                              Email:     ashienvold@eckertseamans.com

                              Counsel for Plaintiff, U.S. Bank National
                              Association, as Trustee, Successor in Interest to Bank
                              of America, National Association as Trustee as
                              Successor by Merger to LaSalle Bank National
                              Association, as Trustee for Certificateholders of Bear
                              Stearns Asset Backed Securities I LLC, Asset-
                              Backed Certificates, Series 2007-HE7

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2018, I served a true and correct copy of PLAINTIFF'S OBJECTIONS AND DESIGNATIONS TO DEFENDANTS' AMENDED NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6) upon the persons indicated below via electronic mail, addressed to:

Stephen K. Portko, Esquire
Law Offices of Stephen K. Portko
101 South U.S. Route 15
Dillsburg, PA 17019
skportko@aol.com

Jeff Barnes, Esquire
W. J. Barnes, P.A.
1515 North Federal Highway, Suite 300
Boca Raton, FL  33432
jeff@wjbarneslaw.com

*Counsel for Defendants*

/s/ *Adam M. Shienvold*
Adam M. Shienvold, Esquire
Counsel for Plaintiff

{L0765180.1}