# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE7,** : <br><br> **Plaintiff** : <br><br> v. : <br><br> **BRIAN A. GERBER and TRACY L. GERBER,** : <br><br> **Defendants** : | CIVIL ACTION NO. 1:17-CV-1466 <br><br> **(Chief Judge Conner)** |

## ORDER

AND NOW, this 21st day of March, 2019, upon consideration of the motions (Docs. 29, 36) for leave to amend and the motion (Doc. 33) for partial summary judgment filed by defendants Brian A. Gerber and Tracy L. Gerber ("the Gerbers"), as well as plaintiff U.S. Bank's motion (Doc. 38) for summary judgment on its foreclosure action, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Gerbers' motion (Doc. 36) for leave to amend is GRANTED in part and DENIED in part. The Gerbers may filed an amended answer in conformity with the accompanying memorandum.

2. The Gerbers' motion (Doc. 29) for leave to amend is DISMISSED as moot.

3. The Gerbers' motion (Doc. 33) for partial summary judgment is DENIED without prejudice.

4. U.S. Bank's motion (Doc. 38) for summary judgment is DENIED without prejudice.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania